UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAGDALENO HURTADO
GUILLERMO,

Petitioner,

v.

WARDEN/FACILITY
ADMINISTRATOR,

Respondents.

CASE NO. 2:26-cv-01102-LK

ORDER DENYING EMERGENCY
MOTION

This matter comes before the Court on Petitioner Magdaleno Hurtado Guillermo's Emergency Motion for Stay of Removal. Dkt. No. 4. Guillermo has been detained at the Northwest ICE Processing Center since December 1, 2025. Dkt. No. 3 at 2.[1] In his emergency motion, he seeks a stay of removal. Dkt. No. 4 at 1. Given the Scheduling Order filed in this case, which requires advance notice to Guillermo of any planned removal, Dkt. No. 5, such that he may file an

---

[1] The Court has sealed the documents in this case to make them available only to case participants because Guillermo has filed his minor children's birth certificates and other sensitive information in the record.

ORDER DENYING EMERGENCY MOTION - 1

emergency motion if one is actually necessary, the Court DENIES Guillermo's Emergency Motion for Stay of Removal, Dkt. No. 4.

Dated this 2nd day of April, 2026.

Lauren King
United States District Judge

ORDER DENYING EMERGENCY MOTION - 2